1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division

4   MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6960

7
    Attorneys for Plaintiff

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )   No.:  CR 3 05 70677 BZ
                                       )
13       Plaintiff,                    )   PARTIES' STIPULATION AND
                                       )   PROPOSED ORDER CONTINUING
14       v.                            )   PRELIMINARY HEARING OR
                                       )   ARRAIGNMENT AND WAIVING TIME
15  NASIR JAVAID,                      )   UNDER THE SPEEDY TRIAL ACT AND
                                       )   FRCP 5.1
16       Defendant.                    )
                                       )
17  _____  )

18
    The parties stipulate and agree, and the Court finds and holds, as follows:

19
        1. The parties appeared on November 15, 2005 for the preliminary hearing or arraignment in

20
    this matter before the Honorable Nandor J. Vadas, United States Magistrate Judge.

21
        2. At that time, the parties requested that the matter be continued until December 8, 2005 at

22
    9:30 a.m. before the duty magistrate judge, and requested an exclusion of time from November

23
    15, 2005 until December 8, 2005 based upon effective preparation of counsel and continuity of

24
    government counsel.  The parties moved that this same time period be excluded from the

25
    calculation of time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

26
        3.  In light of the foregoing facts, the failure to grant the requested exclusion would

27
    unreasonably deny counsel for the defense the reasonable time necessary for effective

28

    STIPULATION AND PROPOSED ORDER
    NO. 3 05 70677 BZ

1 | preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),

2 | (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.

3 | These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §

4 | 3161(h)(8)(A). In addition, the Defendant consents and there is good cause to extend time under

5 | Rule 5.1.

6 |    4. For the reasons stated, the time period from November 15, 2005 until December 8, 2005

7 | shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of

8 | Criminal Procedure 5.1.

9 |    SO STIPULATED.

10 | DATED:                                    Respectfully Submitted,

11 |

12 |          4/16/05

13 | _____
     MICHELLE MORGAN-KELLY
     Assistant United States Attorney

14 | DATED:

15 |

16 | _____
     JAMES BUSTAMANTE
     Counsel for Defendant Nasir Javaid

17 |

18 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 |

20 | DATED:

21 | _____
     HON. JAMES LARSON
     United States Magistrate Judge

22 |

23 |

24 |

25 |

26 |

27 |

28 | STIPULATION AND PROPOSED ORDER
     NO. 3 05 70677 BZ                          2

1   preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),

2   (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.

3   These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §

4   3161(h)(8)(A). In addition, the Defendant consents and there is good cause to extend time under

5   Rule 5.1.

6          4. For the reasons stated, the time period from November 15, 2005 until December 8, 2005

7   shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of

8   Criminal Procedure 5.1.

9          SO STIPULATED.

10  DATED:                                          Respectfully Submitted,

11

12

13                                                  MICHELLE MORGAN-KELLY
                                                    Assistant United States Attorney
14  DATED:

15

16                                                  JAMES BUSTAMANTE
                                                    Counsel for Defendant Nasir Javaid
17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20  DATED: November 18, 2005

21                                                  HON. JAME
                                                    United States              Judge Nandor J. Vadas

22

23

24

25

26

27

28  STIPULATION AND PROPOSED ORDER
    NO. 3 05 70677 BZ                          2